IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOICATION, SUCCESSOR TO RBC BANK (USA), SUCCESSOR TO RBCCENTURA BANK,<br><br>　　Plaintiff,<br><br>vs.<br><br>SERENITY CARE, INC., AND MELVIN RICHARDSON,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO. 13-00074-CG-B<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Default Judgment having been entered against Melvin Richardson on March 27, 2013 (Doc. 15), and the automatic stay imposed by the provisions of 11 U.S.C. 362 being still in force as to Serenity Care, Inc., the clerk is directed to close this matter for statistical purposes.

The parties shall filed a written notice with the court within thirty (30) days of the resolution of the bankruptcy proceedings as to Serenity Care, Inc., or of a lift of the stay, at which time this action will be re-instated to the court's active docket.

**DONE and ORDERED** this 3rd day of April, 2013.

　　　　　　　　　　　　　　　　　　/s/  Callie V. S. Granade
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE